**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 24-cv-3468-WJM-CYC

DANIEL J. HINES,

Plaintiff,

v.

OFFICE OF THE DENVER DISTRICT ATTORNEY, and
JOHN WALSH, *in his official capacity as Denver District Attorney*,

Defendants.

---

**ORDER ADOPTING JUNE 10, 2026 RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the June 10, 2026 Recommendation of United States Magistrate Judge Cyrus Y. Chung (the "Recommendation") (ECF No. 66) recommending that Plaintiff Daniel J. Hines's claims be dismissed without prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (ECF No. 66 at 9 n.1.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

1. The Magistrate Judge's Recommendation (ECF No. 66) is ADOPTED in its entirety;
2. Defendants' Motion for Partial Dismissal and/or Judgment on the Pleadings (ECF No. 46) is GRANTED;
3. Plaintiff's First Amended Complaint (ECF No. 19) is DISMISSED WITHOUT PREJUDICE; and
4. Plaintiff is GRANTED leave until **September 25, 2026** within which to file a motion for leave to file a further amended complaint. In the absence of the timely filing of such a motion this action will be dismissed and terminated.

Dated this 2nd day of September, 2026.

BY THE COURT:

______________________________
William J. Martínez
Senior United States District Judge